1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  PATRICK J. COUGHLIN (111070)
   JEFFREY W. LAWRENCE (166806)
3  SHAWN A. WILLIAMS (213113)
   SHIRLEY H. HUANG (206854)
4  LUKE O. BROOKS (212802)
   100 Pine Street, Suite 2600
5  San Francisco, CA  94111
   Telephone:   415/288-4545
6  415/288-4534 (fax)
            - and -
7  WILLIAM S. LERACH (68581)
   401 B Street, Suite 1600
8  San Diego, CA  92101
   Telephone:  619/231-1058
9  619/231-7423 (fax)

10  Lead Counsel for Plaintiffs

11  [Additional counsel appear on signature page.]

12                   UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  In re VERITAS SOFTWARE            )   Master File No. C-03-0283-MMC
    CORPORATION SECURITIES LITIGATION )
16  _____ )   CLASS ACTION
    This Document Relates To:         )
17                                    )   AMENDED STIPULATION AND
        ALL ACTIONS.                  )   [PROPOSED] ORDER CONTINUING
18  _____ )   HEARING ON FINAL SETTLEMENT
                                          APPROVAL TO JULY 8, 2005 29, 2005
19

20

21

22

23

24

25

26

27

28

1    The parties, through their undersigned counsel stipulate that the hearing for final approval of

2    the settlement in the above-entitled case is continued to July 8, 2005.  As grounds therefor, the

3    parties state as follows:

4    WHEREAS, on April 26, 2005 an objection by one of the option holders in VERITAS

5    revealed that there was an ambiguity as to the scope of the settlement in the above-captioned case in

6    the notice previously sent out to the class.  *See* April 29, 2005 letter to the Honorable Maxine M.

7    Chesney;

8    WHEREAS, the parties believe it is important to make crystal clear that the settlement is

9    intended to cover all securities related to the common stock and that the class be given notice and

10   ample time to evaluate the settlement; and

11   WHEREAS, parties have submitted the Amendment to Stipulation of Settlement and

12   [Proposed] Order Approving Revised Notice and Providing For Hearing concurrently with this

13   stipulation.

14   THEREFORE, the parties, through their counsel, hereby stipulate and agree, subject to the

15   approval of the Court, as follows:

16   1.    The hearing on final approval of the settlement currently scheduled for May 6, 2005

17   will be continued to July 8, 2005, or as soon thereafter as the Court deems appropriate.

18   IT IS SO STIPULATED.

19   DATED:  May 6, 2005                           LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
20                                                 PATRICK J. COUGHLIN
                                                   JEFFREY W. LAWRENCE
21                                                 SHAWN A. WILLIAMS
                                                   SHIRLEY H. HUANG
22                                                 LUKE O. BROOKS

23

24                                                          /s/
                                                   JEFFREY W. LAWRENCE
25                                                 100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
26                                                 Telephone:  415/288-4545
                                                   415/288-4534 (fax)
27

28

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON FINAL
SETTLEMENT APPROVAL TO JULY 8, 2005 - C-03-0283-MMC                              - 1 -

1

2   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
3   WILLIAM S. LERACH
    JOY ANN BULL
4   401 B Street, Suite 1600
    San Diego, CA  92101
5   Telephone:  619/231-1058
    619/231-7423 (fax)

6   Lead Counsel for Plaintiffs

7   DeCARLO & CONNOR
    JOHN T. DeCARLO
8   DANIEL M. SHANLEY
    533 South Fremont Avenue, 9th Floor
9   Los Angeles, CA 90071-1706
    Telephone: 213/488-4100
10  213/488-4180 (fax)

11  SCHRECK BRIGNONE
    ANDREW S. BRIGNONE
12  300 South Fourth Street, Suite 1200
    Las Vegas, NV  89101
13  Telephone:  702/382-2101
    702/382-8135 (fax)

14
    Counsel for Plaintiffs
15
    DATED:  May 6, 2005          WILSON, SONSINI, GOODRICH &
16                                 ROSATI, P.C.
                                 PERI NIELSEN
17                               CLAUDIA N. MAIN

18

19                                    /s/ Peri Nielsen
                                     PERI NIELSEN
20
                                 650 Page Mill Road
21                               Palo Alto, CA  94304-1050
                                 Telephone:  650/493-9300
22                               650/565-5100 (fax)

23                               Counsel for Defendants

24  DATED:  May 6, 2005          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 SUSAN D. RESLEY
25

26                                    /s/ Susan Resley
27                                   SUSAN RESLEY

28

AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON FINAL
SETTLEMENT APPROVAL TO JULY 8, 2005 - C-03-0283-MMC                    - 2 -

1   1000 Marsh Road
    Menlo Park,  CA 94025
2   Telephone:  650/614-7400
    650/614-7401(fax)
3
    Counsel for Kenneth Lonchar
4

5       I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this

6   Stipulation and [Proposed] Order Continuing Hearing on Final Settlement Approval to July 8, 2005.

7   In compliance with General Order 45, X.B., I hereby attest that Peri B. Nielsen and Susan Resley

8   have concurred in this filing.

9

10                                  s/ Jeffrey W. Lawrence
                                    JEFFREY W. LAWRENCE
11
                        *       *       *
12
                            **O R D E R**
13
        Pursuant to the stipulation of the parties, the Court orders the following briefing schedule:
14
        1.      The hearing on final approval of the settlement currently scheduled for May 6, 2005
15
                                29, 2005, at 9:00 a.m.
    is continued to July ~~8, 2005, or as soon thereafter as the Court deems appropriate.~~
16
        IT IS SO ORDERED.
17
    DATED:   May 6, 2005
18                                                                    EY

19                                                               DGE

20  T:\CasesSF\Veritas Software\STP00020806_revised.doc

21

22

23

24

25

26

27

28

AMENDED STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING ON FINAL
SETTLEMENT APPROVAL TO JULY 8, 2005 - C-03-0283-MMC                    - 3 -