LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JEFFREY W. LAWRENCE (166806)
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
      - and -
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-03-0283-MMC |
| This Document Relates To:  ) ) ) ALL ACTIONS.  ) ) | CLASS ACTION<br><br>STIPULATION RE: MODIFIED BRIEFING SCHEDULE REGARDING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS; ORDER THEREON |

1   WHEREAS, pursuant to the Court's July 29, 2005 Order, plaintiffs filed their supplemental memorandum in support of the Plan of Allocation on August 26, 2005;

WHEREAS, because counsel for Mr. Malone was not added to plaintiffs' service list, Mr. Malone was not served with the documents and lead counsel learned of this fact on September 6, 2005. Additionally, because Mr. Malone's counsel is not yet registered for e-filing, he did not receive the documents from the Court and only received them on September 6, 2005, after talking with Lead Counsel;

THEREFORE, by and through counsel, the Lead Plaintiffs and Michael Malone hereby STIPULATE AND AGREE:

1.  That Michael Malone shall file his response to plaintiffs' August 26, 2005 submission on or before September 27, 2005.

2.  Lead Plaintiffs will, on or before October 4, 2005, file and serve any reply to Mr. Malone's submission.

3.  This stipulation will not affect any hearing date as the Court has indicated that it will schedule one only if it deems a hearing to be necessary.

DATED: September 6, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
LUKE O. BROOKS

_____
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION RE: MODIFIED BRIEFING SCHEDULE REGARDING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS - C-03-0283-MMC                                    - 1 -

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
| 2 | RUDMAN & ROBBINS LLP |
| | WILLIAM S. LERACH |
| 3 | 401 B Street, Suite 1600 |
| | San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 |
| | 619/231-7423 (fax) |
| 5 | |
| | Lead Counsel for Plaintiffs |
| 6 | |
| | DeCARLO & CONNOR |
| 7 | JOHN T. DeCARLO |
| | DANIEL M. SHANLEY |
| 8 | 533 South Fremont Avenue, 9th Floor |
| | Los Angeles, CA 90071-1706 |
| 9 | Telephone: 213/488-4100 |
| | 213/488-4180 (fax) |

SCHRECK BRIGNONE
ANDREW S. BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101
Telephone: 702/382-2101
702/382-8135 (fax)

Counsel for Plaintiffs

DATED: September 6, 2005

RABIN & PECKEL LLP
I. Stephen Rabin

*/s/ I. Stephen Rabin*
I. STEPHEN RABIN

275 Madison Avenue, Suite 420
New York, NY 10016
Telephone: 212/880-3722
212/880-3716 (fax)

Attorneys for Objector, Michael Malone

## ORDER

Pursuant to the stipulation of the parties, the Court orders the following schedule:

1. Objector Michael Malone will, on or before September 27, 2005, file and serve his response to lead plaintiff's August 26, 2005 submission in further support of the Plan of Allocation.

2. Plaintiffs will, on or before October 4, 2005, file and serve their reply to Mr. Malone's submission.

STIPULATION RE: MODIFIED BRIEFING SCHEDULE REGARDING PLAN OF
ALLOCATION OF SETTLEMENT PROCEEDS - C-03-0283-MMC                    - 2 -

1     3.     The matter will then be submitted unless the Court determines that a hearing is necessary. Plaintiffs shall serve a copy of this order on objector Michael Malone.

       IT IS SO ORDERED.

DATED: September 6, 2005

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Veritas Software\STP00024125.doc

STIPULATION RE: MODIFIED BRIEFING SCHEDULE REGARDING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS - C-03-0283-MMC     - 3 -