1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 In re VERITAS SOFTWARE<br>CORPORATION SECURITIES LITIGATION ) | Master File No. C-03-0283-MMC |
| 13 _____ )<br> ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) | ~~[PROPOSED]~~ FINAL JUDGMENT AND |
| 14  ) | ORDER OF DISMISSAL WITH PREJUDICE |
| ALL ACTIONS. ) | |
| 15 _____ ) | |

DATE:       July 29, 2005
TIME:        9:00 a.m.
COURTROOM:  The Honorable
                        Maxine M. Chesney

16

17

18

19

20

21

22

23

24

25

26

27

28

1    This matter came before the Court for hearing pursuant to an Order of this Court, dated May

2    6, 2005, on the application of the Settling Parties for approval of the settlement set forth in the

3    Stipulation of Settlement dated as of January 26, 2005, and the Amendment to the Stipulation of

4    Settlement filed on May 4, 2005 (collectively, the "Stipulation").  Due and adequate notice having

5    been given of the settlement as required in said Order, and the Court having considered all papers

6    filed and proceedings held herein and otherwise being fully informed in the premises and good cause

7    appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

8        1.    This Judgment incorporates by reference the definitions in the Stipulation, and all

9    terms used herein shall have the same meanings set forth in the Stipulation.

10       2.    This Court has jurisdiction over the subject matter of the Litigation and over all

11   parties to the Litigation, including all Members of the Settlement Class.

12       3.    Except as to any individual claim of those Persons (identified in Exhibit 1 attached

13   hereto) who have validly and timely requested exclusion from the Settlement Class, the Litigation

14   and all claims contained therein, including all of the Released Claims, are dismissed with prejudice

15   as to the Lead Plaintiffs and the other Members of the Settlement Class, and as against each and all

16   of the Released Persons.  The parties are to bear their own costs, except as otherwise provided in the

17   Stipulation.

18       4.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby

19   approves the settlement set forth in the Stipulation and finds that said settlement is, in all respects,

20   fair, reasonable and adequate to, and is in the best interests of, the Lead Plaintiffs, the Settlement

21   Class and each of the Settlement Class Members.  This Court further finds the settlement set forth in

22   the Stipulation is the result of arm's-length negotiations between experienced counsel representing

23   the interests of the Lead Plaintiffs, the Settlement Class Members and the Defendants.  Accordingly,

24   the settlement embodied in the Stipulation is hereby approved in all respects and shall be

25   consummated in accordance with its terms and provisions.  The Settling Parties are hereby directed

26   to perform the terms of the Stipulation.

27       5.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby

28   certifies, for purposes of effectuating this settlement, a Settlement Class of all Persons who

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-03-0283-MMC                                                          - 1 -

1  purchased or acquired VERITAS securities during the period between January 3, 2001 and January

2  16, 2003, inclusive. Excluded from the Settlement Class are Defendants, members of the immediate

3  families of the Individual Defendants, any entity in which any Defendant has or had a controlling

4  interest, current or former directors and officers of VERITAS, and the legal representatives, heirs,

5  successors, or assigns of any such excluded person or entity. Also excluded from the Settlement

6  Class are those Persons who timely and validly requested exclusion from the Settlement Class

7  pursuant to the Notice of Pendency and Proposed Settlement of Class Action. The certification of

8  the Settlement Class shall be binding only with respect to the settlement of the Litigation.

9    6.  With respect to the Settlement Class, this Court finds for the purposes of effectuating

10  this settlement that (a) the Members of the Settlement Class are so numerous that joinder of all

11  Settlement Class Members in the Litigation is impracticable; (b) there are questions of law and fact

12  common to the Settlement Class which predominate over any individual questions; (c) the claims of

13  the Lead Plaintiffs are typical of the claims of the Settlement Class; (d) the Lead Plaintiffs and Lead

14  Counsel have fairly and adequately represented and protected the interests of all of the Settlement

15  Class Members; and (e) a class action is superior to other available methods for the fair and efficient

16  adjudication of the controversy, considering: (i) the interests of the Members of the Settlement Class

17  in individually controlling the prosecution of the separate actions; (ii) the extent and nature of any

18  litigation concerning the controversy already commenced by Members of the Settlement Class; (iii)

19  the desirability or undesirability of continuing the litigation of these claims in this particular forum;

20  and (iv) the difficulties likely to be encountered in the management of the Litigation.

21    7.  Upon the Effective Date, the Lead Plaintiffs and each of the Settlement Class

22  Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and

23  forever released, relinquished and discharged all Released Claims against the Released Persons,

24  whether or not such Settlement Class Member executes and delivers a Proof of Claim and Release

25  form.

26    8.  All Settlement Class Members are hereby forever barred and enjoined from

27  prosecuting the Released Claims against the Released Persons.

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-03-0283-MMC                - 2 -

9.     Upon the Effective Date hereof, each of the Released Persons shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished and discharged each and all of the Settlement Class Members and Lead Counsel from all claims (including Unknown Claims), arising out of, relating to, or in connection with the institution, prosecution, assertion, settlement or resolution of the Litigation or the Released Claims.

10.     The distribution of the Notice of Pendency and Proposed Settlement of Class Action and the publication of the Summary Notice as provided for in the Order Preliminarily Approving Settlement and Providing for Notice constituted the best notice practicable under the circumstances, including individual notice to all Members of the Settlement Class who could be identified through reasonable effort. Said Notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulation, to all Persons entitled to such notice, and said Notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, and any other applicable law.

11.     Any plan of allocation submitted by Lead Counsel or any order entered regarding the attorneys' fee and expense application shall in no way disturb or affect this Final Judgment and shall be considered separate from this Final Judgment.

12.     Neither the Stipulation nor the settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of the Defendants or their Related Parties; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Defendants or their Related Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal. Defendants and/or their Related Parties may file the Stipulation and/or the Judgment in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE - C-03-0283-MMC                                                    - 3 -

13.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation.

14.     The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

15.     In the event that the settlement does not become effective in accordance with the terms of the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and,

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-03-0283-MMC                                                   - 4 -

1   in such event, all orders entered and releases delivered in connection herewith shall be null and void

2   to the extent provided by and in accordance with the Stipulation.

3

4   DATED: _November 15, 2005_   _____
        THE HONORABLE MAXINE M. CHESNEY
5       UNITED STATES DISTRICT JUDGE

6   Submitted by:

7   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
8   PATRICK J. COUGHLIN
    JEFFREY W. LAWRENCE
9   SHAWN A. WILLIAMS
    SHIRLEY H. HUANG
    LUKE O. BROOKS
10  100 Pine Street, Suite 2600
    San Francisco, CA  94111
11  Telephone:  415/288-4545
    415/288-4534 (fax)
12

13  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
14  WILLIAM S. LERACH
    JOY ANN BULL

15

16  _____
            JOY ANN BULL
17

18  401 B Street, Suite 1600
    San Diego, CA  92101
19  Telephone:  619/231-1058
    619/231-7423 (fax)

20  Lead Counsel for Plaintiffs

21  DeCARLO & CONNOR
    JOHN T. DeCARLO
22  DANIEL M. SHANLEY
    533 South Fremont Avenue, 9th Floor
23  Los Angeles, CA 90071-1706
    Telephone: 213/488-4100
24  213/488-4180 (fax)

25

26

27

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-03-0283-MMC                                        - 5 -

1

SCHRECK BRIGNONE
2   ANDREW S. BRIGNONE
300 South Fourth Street, Suite 1200
3   Las Vegas, NV  89101
Telephone:  702/382-2101
4   702/382-8135 (fax)

5   Counsel for Plaintiffs

6   S:\Settlement\Veritas.set\JGT00022736.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH
PREJUDICE - C-03-0283-MMC                                                      - 6 -

EXHIBIT  1

MAR. 26, 2005

RE: VERITAS SOFTWARE
CORP. SECURITIES LIT
MASTER FILE NO. C-03-0283-MMC

DEAR SIR:

WE REQUEST EXCLUSION FROM
CLASS ACTION SETTLEMENT. WE
AQUIRED 44 SHARES OF VERITAS
RESULTING IN EXCHANGE OF
SEAGATE TECHNOLOGY ON 1-8-01.

THANK YOU,
THOMAS BANDURA
Thomas Bandura
MARY E. BANDURA
Mary E. Bandura


THOMAS BANDURA
MARY E. BANDURA
518 CHICORA ROAD
BUTLER, PA. 16001

PHONE  724-283-2927

Exhibit 1

**BANK ONE.**

Investment Services Grp
Capital Changes

Mail Code OH1-0390
340 S Cleveland Ave. Bldg 350
Westerville, Ohio 43081

April 15, 2005

Veritas Software Securities Litigation
RG/2 Claims Administrator
1180 West Peachtree Street, Suite 700
Atlanta, GA 30309-3448

RE: Veritas Software

Dear RG/2 Claims Administrator:

Our Account,                                                    hereby requests
exclusion from the Class Veritas Software Securities Litigation.

Attached is a report detailing transactions for account 2820155401. If you have any
questions or require further documentation please contact Deborah Davis at
(614) 248-8346.

Sincerely,

*Deborah Davis*

Deborah Davis
Class Action Specialist

2

## Veritas Software

Account:

Transactions:

| Transaction | Date | # of Shares | Price per Share | Amount |
|---|---|---|---|---|
| Purchase | 4/1/01 | 270 | $42.54 | $11,484.80 |
| Sale | 2/2/2001 | 240 | $73.18 | $17,564.00 |
| Sale | 8/2/2002 | 270 | $17.20 | $4,644.00 |
| Beginning Balance: | 270 | | | |
| Ending Balance : | 0 | | | |

2a

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | INVESTMENTS |
|------|-------------|-------------|----------------|-------------|
| 10/23/00 | PURCHASED 240 SHARES OF VERITAS SOFTWARE CO TRADE DATE 10/18/00 THEOR. SETTLEMENT DATE 10/23/00 PURCHASED THROUGH COWEN & CO. PURCHASED ON THE OVER THE COUNTER 240 SHARES AT $153.1277 TAXABLE TO FEDERAL AND STATE BATCH NO. TRANSACTION NO. 5264 | | -36750.65 | 36750.65 |
| 10/23/00 | PURCHASED 160 SHARES OF PMC-SIERRA INC TRADE DATE 10/18/00 THEOR. SETTLEMENT DATE 10/23/00 PURCHASED THROUGH PRUDENTIAL-BACHE PURCHASED ON THE OVER THE COUNTER 160 SHARES AT $183.00 TAXABLE TO FEDERAL AND STATE BATCH NO. TRANSACTION NO. 5266 | | -29280.00 | 29280.00 |

2b

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH | INVESTMENTS |
|------|-------------|-------------|----------------|-------------|

| 4/9/01 | PURCHASED 2380 SHARES OF SUN MICROSYSTEMS INC<br>TRADE DATE 4/4/01<br>THEOR. SETTLEMENT DATE 4/ 9/01<br>PURCHASED THROUGH GOLDMAN, SACHS & CO<br>PURCHASED ON THE OVER THE COUNTER<br>2,380 SHARES AT $14.50<br>TAXABLE TO FEDERAL AND STATE<br>BATCH NO.<br>TRANSACTION NO. 2785 | | -34510.00 | 34510.00 |
| 4/9/01 | PURCHASED 270 SHARES OF VERITAS SOFTWARE CO<br>TRADE DATE 4/4/01<br>THEOR. SETTLEMENT DATE 4/ 9/01<br>PURCHASED THROUGH BEAR STEARNS & CO INC.<br>270 SHARES AT $42.54<br>TAXABLE TO FEDERAL AND STATE<br>BATCH NO.<br>TRANSACTION NO. 2787 | | -11485.80 | 11485.80 |
| 4/9/01 | PURCHASED 270 SHARES OF GENZYME CORP<br>TRADE DATE 4/4/01<br>THEOR. SETTLEMENT DATE 4/ 9/01<br>PURCHASED THROUGH BEAR STEARNS & CO INC.<br>270 SHARES AT $88.61<br>TAXABLE TO FEDERAL AND STATE<br>BATCH NO.<br>TRANSACTION NO. 2789 | | -23924.70 | 23924.70 |

2c

| DATE | DESCRIPTION | INCOME CASH | PRINCIPAL CASH INVESTMENTS | |
|---|---|---|---|---|

| 2/23/01 | SOLD 460 SHARES OF<br>APPLIED MATLS INC<br>TRADE DATE 2/20/01<br>THEOR. SETTLEMENT DATE  2/23/01<br>SOLD THROUGH HERZOG HEINZ GEDULD (EQUITY)<br>PAID $0.73 SEC FEE<br>SOLD ON THE OVER THE COUNTER<br>ST CAPITAL LOSS OF $-18343.23 BASED ON FEDERAL COST<br>ST CAPITAL LOSS OF $-18343.23 BASED ON STATE COST<br>FEDERAL TAX BASIS $40192.50<br>STATE TAX BASIS $40192.50<br>460 SHARES AT $47.50<br>TAXABLE TO FEDERAL AND STATE<br>BATCH  NO.<br>TRANSACTION NO. 10684 | | 21849.27 | -40192.50 |
| /23/01 | SOLD 240 SHARES OF<br>VERITAS SOFTWARE CO<br>TRADE DATE 2/20/01<br>THEOR. SETTLEMENT DATE  2/23/01<br>SOLD THROUGH HERZOG HEINZ GEDULD (EQUITY)<br>PAID $0.59 SEC FEE<br>SOLD ON THE OVER THE COUNTER<br>ST CAPITAL LOSS OF $-19186.24 BASED ON FEDERAL COST<br>ST CAPITAL LOSS OF $-19186.24 BASED ON STATE COST<br>FEDERAL TAX BASIS $36750.65<br>STATE TAX BASIS $36750.65<br>240 SHARES AT $73.1875<br>TAXABLE TO FEDERAL AND STATE<br>BATCH  NO.<br>TRANSACTION NO. 10686 | | 17564.41 | -36750.65 |

2d

| DATE | DESCRIPTION | INVESTMENTS | PRINCIPAL CASH |
|---|---|---|---|

| 09/04/02 | SOLD 270 SHARES OF | 11,485.80- | 4,643.65 |

09/04/02  SOLD 270 SHARES OF
          VERITAS SOFTWARE CO
          TRADE DATE 8/29/02
          THEOR. SETTLEMENT DATE 9/4/02
          SOLD THROUGH BNY ESI SECURITIES & CO. INC
          PAID $27.00 BROKERAGE
          PAID $0.15 SEC FEE
          SOLD ON THE OVER THE COUNTER
          LT CAPITAL LOSS OF $6,841.95- ON FEDERAL COST
          LT CAPITAL LOSS OF $6,841.95- ON STATE COST
          FEDERAL TAX COST $11,485.80
          STATE TAX COST $11,485.80
            270 SHARES AT $27.30
          TAXABLE TO FEDERAL AND STATE
          BATCH NO.              TRANS NO.      8170

9/04/02   SOLD 800 SHARES OF
          AUTOMATIC DATA PROCESSING INC
          TRADE DATE 8/29/02
          THEOR. SETTLEMENT DATE 9/4/02
          SOLD THROUGH BNY ESI SECURITIES & CO, INC
          PAID $80.00 BROKERAGE
          PAID $0.92 SEC FEE
          SOLD ON THE NEW YORK STOCK EXCHANGE
          ST CAPITAL LOSS OF $15,486.92- ON FEDERAL COST
          ST CAPITAL LOSS OF $15,486.92- ON STATE COST
          FEDERAL TAX COST $45,646.00
          STATE TAX COST $45,646.00
            800 SHARES AT $37.80
          TAXABLE TO FEDERAL AND STATE
          BATCH NO.              TRANS NO.      8172

Values for 9/04/02 row: INVESTMENTS 45,646.00-   PRINCIPAL CASH 30,159.08

*2e*

4-18-05

In re Veritas Software Corp. Securities
Litigation Master File # C-03-0283-MMC

To Whom It May Concern,

Please exclude Wm. & Bernice Levendoski
from Litigation of
Veritas Software Corp Securities
Litigation Master File # C-03-0283-
M-MC

Our Name & Address is as follows:
William K. Levendoski and
Bernice M. Levendoski
6216 E. Greenway Ln
Scottsdale, Az 85254
Phone: 480/483-3046
# of Shares - 229 -

Bernice M. Levendoski    4-18-05
William K Levendoski     4-18-05

3



535 William Penn Place
Room 3418
Pittsburgh, PA  15259

### REQUEST FOR EXCLUSION

April 25, 2005
Claims Administrator
c/o RG/2 Claims Administrator
P.O. Box 59479
Philadelphia, PA 19102-9479

## In re VERITAS Software Corporation Securities Litigation; Master File No. C-03-0283-MMC

On behalf of our client, please accept this letter as authorization to process the following request for exclusion from the above-mentioned class action.

Mellon Global Securities Services is acting as agent for:

- BPF VANGUARD

Please see the attached report for the dates, prices, and number of shares of Veritas Software Corporation purchased and sold during the class period.

Also, please accept the enclosed documents as valid proof of transactions that took place during the class period.  Copies of original broker confirmation slips are not accessible to our reorganization area.  To the best of our knowledge, the enclosed documents are true and valid.

If you have any questions, please do not hesitate to call me at 412.234.0632.


Sincerely,

Sara K Simpson

Enclosures

4

MELLON

VERITAS SOFTWARE CORPORATION

PRIL 25 2005

| ClaimantId | Tail | Clienan Nam | Acour. Type | ShrasHelcPrior | SharHld Fclbwing | P.Trd | Trade Date | Quality a(06) | Prior Par | Princ.Cash | CUSIP | Posion |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | P | 04/03/2001 | 15,000.00 | -05.11 | -511,477.00 | 923436109 | 15,00,000 |
| | 4K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | P | 05/31/2001 | 24,000.00 | -.74711 | -1,814,739.50 | 923436109 | 39,00,000 |
| | 2K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | P | 08/17/2001 | 20,300.00 | -30.911 | -567,56.38 | 923436109 | 59,00,000 |
| | 2K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | S | 09/20/2001 | 6,000.00 | .11198 | -129,744.00 | 923436109 | 65,00,000 |
| | 4K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | S | 01/22/2002 | -29,000.00 | -.2269 | -1,242,720.36 | 923436109 | 36,00,000 |
| | 4K1-475; | BPIVANGUAD | Custodian | 0.000 | 3,000.00 | P | 11/22/2002 | 3,000.00 | .8311, | -65,91.65 | 923436109 | 39,00,000 |

4a



**Mellon**

525 William Penn Place
Pittsburgh, PA 15259

REQUEST FOR EXCLUSION

April 25, 2005

Claims Administrator
c/o BMG Claims Administrator
P.O. Box 59479
Philadelphia, PA 19102-9479

**In re VERITAS Software Corporation Securities Litigation; Master File No. C-03-0283 MMC**

On behalf of our client, please accept this letter as authorization to process the following request for exclusion from the above mentioned class action.

Mellon Global Securities Services is acting as agent for:

• BPF MERRILL LYNCH

Please see the attached report for the dates, prices, and number of shares of Veritas Software Corporation purchased and sold during the class period.

Also, please accept the enclosed documents as valid proof of transactions that took place during the class period. Copies of original broker confirmation slips are not accessible to our reorganization area. To the best of our knowledge, the enclosed documents are true and valid.

If you have any questions, please do not hesitate to call me at 412.234.0632.

Sincerely,

Sara K Simpson

Enclosures

5

RECEIVED
2005 APR 26  PM 5:15
RG/2 CLAIMS ADMIN, LLC

MELLON

VERITAS SOFTWARE CORPORATION

April 2005

| Contract # | Tax Id | Claimant Name | Account Type | Shares Hld Prior | Shs Held Following | Tr.Type | Trade Date | Quantity Traded | Price-Per | Princ.Cash | CUSIP | Posln |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 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 | BPF MERRILL LYNCH | Custodian | 2073.000 | 0.000/S | S | 01/11/2001 | -2,073.000 | 92.4746 | 191,699.85 | 923408109 | 0.00 |
| | 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 | BPF MERRILL LYNCH | Custodian | 2073.000 | 0.000/P | P | 05/07/2001 | 3,400.000 | 69.5748 | -236,554.32 | 923408109 | 0.00 |
| | 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 | BPF MERRILL LYNCH | Custodian | 2073.000 | 0.000/S | S | 07/2/2001 | -3,400.000 | 53.7369 | 182,705.46 | 923436109 | 0.00 |

5a

4-25-05

Please exclude me from the Settlement
Class of VERITAS Software Corp. Securities
Litigation, Master File No. C-03-0283-MMC
Name — John C. English
Address - 900 W. Kiowa Ave.
Hobbs, N.M. 88240
Phone No. - 505 392 - 1418

John C. English

Purchased 30 Shares VERITAS Shares
Trade Date 12-17-2001

Sold 30 Shares VERITAS
Trade Date 7-1-2002

6

VERITAS  Request for exclusion

VERITAS  Securities  Litagation
Claims  Administrator
c/o RG/2 Claims  Administration  LLC
P.O. Box 59479
Philadelphia, PA  19102-9479

    re VERITAS  Software  Corporation  Litagation ,
        Master File  No.  C-03-0283-MMC

        James  F.  Wood
        1905 W. Pierce St #120
        Carlsbad, NM  88220-4025

        Telephone (505) 234-2085

    On May 11, 2001, I acquired  2 (two)  shares  of VERITAS  stock
    On August 8, 2001, these 2 (two) shares were sold. That is the
        extent of my VERITAS holdings

I hope this request for exclusion will put an end to the mailings you send

*James F. Wood*

        James  F.  Wood

        1905 W. Pierce St #120
        Carlsbad,  NM  88220-4025

        Telephone (505) 234-2085

7

Claims Administrator

Dear Sir:

Please exclude me from

In re VERITAS Software Corporation
Securities Litigation, Master File
No. C-03-0283-MMC.

All Veritas common stock

Purchases Jan 3, '01 to Jan 16, '03
Bought 45 shares 3/19/01          Bought 11 shares 1/10/01
Bought 9 shares 4/18/01          Bought 10 shares 2/10/01
Bought 10 shares 1/18/01
Bought 20 shares 6/10/01

Sales Jan 3, '01 to Jan 16, '03

All Veritas Common Stock

Sold 55 shares 3/19/01
sold 14 shares 5/29/01
sold 40 shares 7/24/01
sold 36 shares 2/02/01
sold 8 shares 2/23/01
sold 13 shares 3/5/01

Sincerely,

Tel. 562-597-4063

JEFFREY HUSO
5310 E Las Lomas St
Long Beach, CA
90815

8

June 16, 2005

VERITAS Securities Litigation
Claims Administrator
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

Re:   In re VERITAS Software Corporation Securities Litigation
      Master File No. C 03 0283 MMC

Dear Sir/Madam:

Please be advised that the undersigned hereby elects to be excluded from the
In re VERITAS Software Corporation Securities Litigation.

I purchased 92 shares of VERITAS Software Corporation on January 20, 2002,
for a total price of $2,853.24

Sincerely,

Autumn D. VanHollebeke
15029 Arathorn Drive
Sterling Heights, Michigan 48313
Telephone: (586) 247-9722

9a

June 10, 2005

VERITAS Securities Litigation
Claims Administrator
c/o RG/2 Claims Administration LLC
P O Box 59479
Philadelphia, PA 19102-9479

Re:    In re VERITAS Software Corporation Securities Litigation
       Master File No. C-03-0283-MMC

Dear Sir/Madam:

Please be advised that the undersigned hereby elects to be excluded from the
in re VERITAS Software Corporation Securities Litigation.

I purchased 21 shares of VERITAS Software Corporation on January 29, 2002,
for a total price of $966.42.

Sincerely,

Autumn D. VanHollebeke, Trustee
       UAD 0/24/00
15029 Arathorn Drive
Sterling Heights, Michigan 48313
Telephone: (586) 217 0722

9b

32949 Murray Road
Frankford, DE 1994?

June 26, 2005


RE: Master File No. C-03-0283-MMC

VERITAS Securities Litigation
Claims Administrator
c/o P.O/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA   19102-9479

To Whom It May Concern

Subject: Exclusion Request


Please exclude the following from participation in the settlement of the above-referenced class action:

Grant S. Dawson

32949 Murray Road  (previously Rt. 3 Box 26B)

Frankford, DE 19945

(302) 732-6590

28 shares VERITAS Softwre DE $.001

purchased  7/17/2001

Cost basis  $1,422.09 ($50.789 per share)

Sold 6/19/2002

Sales Price $647.06 ($23.11)


Respectfully,

Grant S. and Debra H. Dawson

cc:   Paul J. Dulac, Jr.
        Merrill Lynch

10

June 24, 2005

Veritas Securities Litigation
Claims Administrator
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA  19102-9479

Dear Sirs:

I wish to be excluded from In re Veritas Software Corporation Securities Litigation, master file no. C-03-0283-MMC.

I acquired 19 shares of Veritas Software Corporation (symbol VRTS) on 1/24/02.  Those shares were sold on 11/18/02.

Thank you for your consideration.

Joseph D. Feko
917 Durham Ct.
Troy, Mi  48084

586-446-8850

Norbert J Woellhaf
1623 Collier Dr E
Whitehall MI 49461


Veritas Securities Litigation
Claims Administrator
c/o RG/2 Claims Administration LLC
PO Box 59479
Philadelphia, PA 19102-9479

Re:  VERITAS Software Corporation Securities Litigation

Whitehall, June 29,2005

Sir/Madame,

I kindly request to be excluded from any participation
in the class action suit against VERITAS Software Corporation
as my pecuniary gains far exceeded the losses during the
time period 01/03/2001 through 11/14/2002.

Thanking you for your kind consideration,

I remain,

Norbert J Woellhaf.

12

VERITAS Securities Litigation
Claims Administrator
c/o RG/2 Claims Administration LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

June 29, 2005

To Whom It May Concern:

This is to inform you that I wish to exclude myself from the class action VERITAS
Software Corporation Securities Litigation, Master File No. C-03-0283-MMC.  I will
pursue this litigation separately.

Sincerely,

G. F. Euston
3906 W. 143rd Str.
Leawood, KS 66224
913-897-8097

|  | | Purchase Price/ Sales Price |
|---|---|---|
| Shares Veritas common held at 1/3/2001: | 111.3 | $6,344 |
| Shares common acq'd (2/26/01) | 65 | $1,110 |
| Shares common sold ((9/04/01) | 115 | $2,309 |
| Shares common sold (8/06/02) | 61 | $ 966 |

13

July 10, 2005

Veritas Securities Litigation
Claims Administrator
c/o RG/2 Claims Admin. LLC
P.O. Box 59479
Philadelphia, PA 19102-9479

Re: Veritas Software
   Corporation Securities Lit.
   Master File No. C-03-0283-MMC

This letter is to request EXCLUSION from the class action suit for the total of 50 shares I held thru Prudential Securities during the period 1/3/01-1/16/03. As these shares were purchased for my IRA through a money manager retained by Prudential I have limited information. Any further information would need to be obtained from Wachovia Securities (effective 7/1/03).

Sincerely,

Marilyn J. Miller
7230 Maplewood Drive
Indianapolis, IN 46227

(317) 787-6675

14a

# Prudential Financial

Securities products and services are offered through Prudential Securities Incorporated, a Prudential...

**Please Retain**

## Retirement Account

MS MARILYN J MILLER

Jan 1 - Dec 31, 2001    Account Number:

Page 11 of

| DESCRIPTION | - QUANTITY | TRADE DATE | SETTLEMENT DATE | NET COST | NET PROCEEDS | EXPLANATION | ACCRUED INTEREST |
|---|---|---|---|---|---|---|---|
| VERITAS SOFTWARE CORP | 35 | 06/27/2001 | 07/02/2001 | 2,284.72 | | BOUGHT | |
| VERITAS SOFTWARE CORP | 15 | 07/02/2001 | 07/06/2001 | 986.00 | | BOUGHT | |
| VERITAS SOFTWARE CORP | 50 | 10/01/2001 | 10/04/2001 | | 913.99 | SOLD | |

...ng
...ctivity
(CONTINUED)

Ed & Dorothy Smith
3421 Clearwell
Amarillo, Texas  791909
July 11, 2005


Verita Securities Litigation
Claims Administrator
C/o RG/2 Claim Administration LLC
P.O. box 59479
Philadelphia, PA  19102-9479


Dear Sir,


Information on Revised Notice of Pendency and Proposed Settlement of Class Action
was not received until July 11, 2005 even though your exclusion request is to be
postmarked no later than July 5, 2005.

We  are requesting exclusion In re Veritas Software Corporation Securities Litigation,
Master File NO. C-03-0283-MMC.   Attached is information on securities purchased
between January 2,2001 and January 16, 2003.


Ed Smith,

*Ed Smith*

Dorothy Smith

*Dorothy Smith*

3421 Clearwell
Amarillo, Texas 79109
Phone: 806-359-6448


**15**

Monday, July 11, 2005

Account: **SMITH,EBD**   (806)359-6448   **70R7/664**

| Symbol Description | Curr Price | Current Value | Opening Trans / Closing Trans | Trade Date | TD Qty | Price/Shr | Total Cost | CNAME Factor | UIT Flag | FJ |
|---|---|---|---|---|---|---|---|---|---|---|
| TYG TYCO INTERNATIONAL LIMITED NEW (BERMUDA) | 30.04 | 1,201.60 | Receive | 09/03/2002 | 40. | 15.250912 | 610.04 | | Nt | NJ |
| TYC TYCO INTERNATIONAL LIMITED NEW (BERMUDA) | 30.04 | 0.00 | Receive / Sell | 09/03/2002 / 01/09/2004 | 140. | 15.250912 / 27.8141 | 2,135.13 / 3,865.78 | | Nt | NJ |
| TYC TYCO INTERNATIONAL LIMITED NEW (BERMUDA) | 30.04 | 0.00 | Receive / Deliver | 09/03/2002 / 12/13/2004 | 50. | 15.250912 / 34.42 | 782.55 / 1,721.00 | | Nt | NJ |
| TYC TYCO INTERNATIONAL LIMITED NEW (BERMUDA) | 30.04 | 0.00 | Receive / Sell | 09/03/2002 / 01/20/2005 | 65. | 15.250912 / 35.7427 | 838.80 / 1,985.78 | | Nt | NJ |
| TYC TYCO INTERNATIONAL LIMITED NEW (BERMUDA) | 30.04 | 3,454.80 | Buy | 03/13/2003 | 115. | 12.2018 | 1,403.21 | | NJ | NJ |
| MROOLD USX MARATHON GROUP COM NEW | 0 | 0.00 | Buy / Sell | 07/27/1999 / 10/13/2000 | 115. | 31.1(0374 / 28.825 | 3,576.93 / 3,281.77 | | NJ | NJ |
| MROOLD USX MARATHON GROUP COM NEW | 0 | 0.00 | Buy / Sell | 09/20/1999 / 10/13/2000 | 100. | 31.9375 / 28.825 | 3,193.75 / 2,882.40 | | NJ | NJ |
| MROOLD USX MARATHON GROUP COM NEW | 0 | 0.00 | Buy / Sell | 08/20/1999 / 05/21/2001 | 190. | 31.93753 / 33.28 | 6,068.13 / 6,322.98 | | NJ | NJ |
| UPS UNITED PARCEL SERVICE INCORPORATED CLASS B | 69.95 | 0.00 | Buy / Sell | 12/26/2000 / 05/25/2001 | 75. | 57.10187 / 58.8284 | 4,282.64 / 4,411.63 | | NJ | NJ |
| UTX UNITED TECHNOLOGIES CORPORATION | 51.54 | 2,677.00 | Stock Split | 08/03/2001 | 50. | 36.0504 | 1,802.52 | | NJ | NJ |
| UTX UNITED TECHNOLOGIES CORPORATION | 51.54 | 0.00 | Receive / Sell | 03/03/2001 / 11/00/2003 | 30. | 72.100857 / 87.2279 | 2,163.03 / 2,618.71 | | Nt | NJ |
| UTX UNITED TECHNOLOGIES CORPORATION | 51.54 | 0.00 | Receive / Sell | 03/03/2001 / 02/18/2004 | 15. | 72.100657 / 96.8091 | 1,081.51 / 1,452.07 | | Nt | NJ |
| UTX UNITED TECHNOLOGIES CORPORATION | 51.54 | 3,607.80 | Stock Split | 09/19/2001 | 70. | 22.972857 | 1,608.10 | | NJ | NJ |
| VRTSOLD VERITAS SOFTWARE COMPANY | 23.8 | 0.00 | Buy / Sell | 02/28/2003 / 04/29/2003 | 115. | 16.9998 / 22.4122 | 1,954.98 / 2,577.27 | | NJ | NJ |
| VRTSOLD VERITAS SOFTWARE COMPANY | 23.6 | 0.00 | Buy / Deliver | 07/07/2004 / 12/27/2004 | 185. | 17.1501 / 27.69 | 3,172.77 / 5,122.65 | | NJ | Nt |
| VZ VERIZON COMMUNICATIONS | 34.4 | 0.00 | Receive / Sel | 05/14/2001 / 01/02/2003 | 100. | 53.70 / 39.8731 | 5,370.00 / 3,987.18 | | Nt | NJ |

*(handwritten)* 20

*(handwritten)* * 185 were gifted to Harrington Charter Ctr. in Dec. 2004

*(handwritten)* * 185 were gifted shares

*(handwritten)* 15a

Monday, July 11, 2005

Account:  SMITH ED     (300)477-4127     (800)359-6448     70R7684

| Symbol Description | Curr Price | Current Value | Opening Trans / Closing Trans | Trade Date | TD Qty | Price/Shr | Total Cost | GNMAE Factor | UIT Flag | FA A|
|---|---|---|---|---|---|---|---|---|---|---|
| TJX<br>TJX COMPANIES INCORPORATED NEW | 23.95 | | 0.00 Buy<br>Sell | 04/01/2004<br>01/03/2005 | 65. | 24.7283<br>25.0473 | 1,607.21<br>1,628.03 | | N/A<br>N/A | |
| TGT<br>TARGET CORPORATION | 55.83 | | 0.00 Buy<br>Sell | 03/21/2001<br>01/05/2004 | 50. | 38.773<br>37.0702 | 1,838.65<br>1,853.42 | | N/A<br>N/A | |
| TEVA<br>TEVA PHARMACEUTICAL INDUSTRIES LIMITED ADR (ISRAEL) | 30.8 | 1,232.00 | Stock Split | 05/16/2004 | 40. | 33.96225 | 1,358.49 | | N/A<br>N/A | |
| TXN<br>TEXAS INSTRS INCORPORATED | 29.75 | 1,487.50 | Buy | 10/17/2000 | 50. | 40.3125 | 2,015.63 | | N/A<br>N/A | |
| TXN<br>TEXAS INSTRS INCORPORATED | 29.75 | 446.25 | Sell | 08/05/2003 | 15. | 20.7025 | 310.54 | | N/A<br>N/A | |
| TWX<br>TIME WARNER INCORPORATED | 16.42 | | 0.00 Buy<br>Sell | 11/29/2004<br>03/23/2005 | 75. | 17.7418<br>17.8938 | 5,330.64<br>1,341.99 | | N/A<br>N/A | |
| TAP.AOID<br>TRAVELERS PROPERTY CAS CORPORATION NEW CLASS A | 0 | | 0.00 Spin Off<br>Sell | 11/14/1997<br>08/29/2002 | 0.24 | 10.63358<br>15.9392 | 2.58<br>3.83 | | None<br>N/A | |
| TAP.AOID<br>TRAVELERS PROPERTY CAS CORPORATION NEW CLASS A | 0 | | 0.00 Spin Off<br>Sell | 11/14/1997<br>09/16/2002 | 3. | 10.68358<br>13.9356 | 31.99<br>41.80 | | None<br>N/A | |
| TAP.BOID<br>TRAVELERS PROPERTY CAS CORPORATION NEW CLASS B | 0 | | 0.00 Spin Off<br>Sell | 11/14/1997<br>08/29/2002 | 0.657 | 11.620204<br>17.1774 | 7.57<br>11.29 | | None<br>N/A | |
| TAP.BOID<br>TRAVELERS PROPERTY CAS CORPORATION NEW CLASS B | 0 | | 0.00 Spin Off<br>Sell | 11/14/1997<br>09/16/2002 | 6. | 11.520204<br>14.228 | 69.12<br>85.38 | | Move<br>N/A | |
| VRTSOLD<br>VERITAS SOFTWARE COMPANY | 23.6 | | 0.00 (Buy)<br>(Sell) | 10/17/2000<br>01/25/2005 | 15. | 140.125<br>24.531 | 2,191.88<br>389.45 | | N/A<br>N/A | |
| VRTSOLD<br>VERITAS SOFTWARE COMPANY | 23.6 | | 0.00 (Buy)<br>(Sell) | 09/23/2002<br>01/26/2005 | 35. | 19.16<br>24.631 | 670.25<br>882.05 | | N/A<br>N/A | |
| VRSN<br>VERISIGN INCORPORATED | 30.02 | 1,350.90 | Buy | 06/10/2005 | 45. | 31.2105 | 1,404.47 | | N/A<br>N/A | |
| WMT<br>WAL MART STORES INCORPORATED | 49.9 | | 0.00 Buy<br>Sell | 01/16/2001<br>01/17/2002 | 40. | 54.1659<br>56.8858 | 2,166.64<br>2,275.38 | | N/A<br>N/A | |
| WAG<br>WALGREEN COMPANY | 46.69 | | 0.00 Buy<br>Sell | 02/27/2002<br>11/25/2002 | 40. | 39.4959<br>28.4994 | 1,579.88<br>1,139.82 | | N/A<br>N/A | |
| WAG<br>WALGREEN COMPANY | 46.69 | 1,406.70 | Buy | 07/06/2005 | 30. | 46.3175 | 1,389.53 | | N/A<br>N/A | |

11

21403634369     11:46   07/11/2005

(215) 979-1645     Michael A. Gillen

07/15/05 04:52P  P.009