LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (111070)
JEFFREY W. LAWRENCE (166806)
SHAWN A. WILLIAMS (213113)
SHIRLEY H. HUANG (206854)
LUKE O. BROOKS (212802)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
     - and -
WILLIAM S. LERACH (68581)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION | Master File No. C-03-0283-MMC |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER RE: MODIFIED BRIEFING SCHEDULE REGARDING OBJECTOR'S MOTION FOR ATTORNEYS' FEES AND EXPENSES |

1     On November 15, 2005, the Court entered final judgment in this action;

2     On December 14, 2005, objector's counsel filed a motion for attorney's fees and expenses set for hearing on January 27, 2006 (the "Motion").  Counsel now seek to move the hearing date and to modify the briefing schedule;

5     THEREFORE, the Lead Plaintiffs and Michael Malone, by and through counsel, hereby STIPULATE AND AGREE:

7     1.     That Lead Counsel shall file its response to objector Malone's Motion on or before January 13, 2006.

9     2.     Objector Malone shall file and reply by January 27, 2006.

10    3.     The hearing shall be held on February 10, 2006, at 9:00 a.m., or at such other time as the Court determines.

DATED:  January 6, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JEFFREY W. LAWRENCE
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
LUKE O. BROOKS


              /s/
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE REGARDING OBJECTOR'S MOTION FOR ATTORNEYS' FEES AND EXPENSES - C-03-0283-MMC         - 1 -

| | |
|---|---|
| | DeCARLO & CONNOR |
| | JOHN T. DeCARLO |
| | DANIEL M. SHANLEY |
| | 533 South Fremont Avenue, 9th Floor |
| | Los Angeles, CA 90071-1706 |
| | Telephone: 213/488-4100 |
| | 213/488-4180 (fax) |
| | |
| | SCHRECK BRIGNONE |
| | ANDREW S. BRIGNONE |
| | 300 South Fourth Street, Suite 1200 |
| | Las Vegas, NV  89101 |
| | Telephone:  702/382-2101 |
| | 702/382-8135 (fax) |
| | |
| | Counsel for Plaintiffs |
| DATED:  January 6, 2006 | RABIN & PECKEL LLP |
| | I. Stephen Rabin |

                                            /s/
                                I. STEPHEN RABIN

275 Madison Avenue, Suite 420
New York, NY  10016
Telephone:  212/880-3722
212/880-3716 (fax)

Attorneys for Objector, Michael Malone

    I, Jeffrey W. Lawrence, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re: Modified Briefing Schedule Regarding Objector's Motion for Attorneys' Fees And Expenses.  In compliance with General Order No. 45, X.B., I hereby attest that I. Stephen Rabin has concurred in the filing of this stipulation.

                                            /s/
                                JEFFREY W. LAWRENCE

**O R D E R**

    Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED:  January 6, 2006

*[signature: Maxine M. Chesney]*

THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Veritas Software\STP00024125.doc

STIPULATION AND [PROPOSED] ORDER RE: MODIFIED BRIEFING SCHEDULE REGARDING OBJECTOR'S MOTION FOR ATTORNEYS' FEES AND EXPENSES - C-03-0283-MMC         - 2 -