| | |
|---|---|
| 1 | I. STEPHEN RABIN (*Pro Hac Vice*) |
| 2 | RABIN & PECKEL LLP |
| 3 | 275 Madison Avenue, Suite 420 |
| 4 | New York, NY 10016 |
| 5 | Telephone:  (212) 880-3722 |
| 6 | Facsimile:  (212) 880-3716 |
| 7 | srabin@rabinpeckel.com |
| 8 | Counsel for Objector Michael Malone |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION. | Master File No. C-03-0283-MMC |
| | CLASS ACTION |
| This Document Relates to: | |
| ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING STATUS CONFERENCE** |

   WHEREAS, Lead Counsel for Plaintiffs filed a REQUEST FOR STATUS CONFERENCE RE: RE-NOTICE OF SETTLEMENT CLASS IN ACCORDANCE WITH NINTH CIRCUIT REMAND on October 22, 2007;

   WHEREAS, the Court has scheduled a STATUS CONFERENCE thereon for Friday, November 9, 2007;

   WHEREAS, counsel for Objector Michael Malone will be unable to attend the STATUS CONFERENCE due to a scheduling conflict;

   WHEREAS, counsel for Objector Michael Malone has requested and Lead Counsel for Plaintiffs have consented to a re-scheduling of the STATUS CONFERENCE;

---

1   WHEREAS, counsel for Objector Michael Malone is scheduled to appear in another matter

2   pending before the Hon. Charles L. Brieant in the United States District Court for the Southern

3   District of New York, on Friday, November 16, 2007 at 9:00 a.m.;

4   WHEREAS, the Court will be closed November 22–23, 2007 in observance of the

5   Thanksgiving Day holiday;

6   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

7   undersigned counsel for Objector Michael Malone and Lead Counsel for Plaintiffs, subject to the

8   approval of the Court, that the STATUS CONFERENCE shall be re-scheduled for Friday, November

9   31, 2007 at 10:30 a.m., and that a joint status conference statement is due on or before Wednesday,

10  November 21, 2007.

11      Respectfully submitted,

12  Dated: November 1, 2007    RABIN & PECKEL LLP

13  By:  /s/
14      I. Stephen Rabin (*Pro Hac Vice*)
15      275 Madison Avenue, Suite 420
16      New York, NY 10016
17      Telephone:  (212) 880-3722
18      Facsimile:  (212) 880-3716

19      Counsel for Objector Michael Malone

| | | |
|---|---|---|
| 1 | Dated: November 1, 2007 | COUGHLIN STOIA GELLER |
| 2 | | RUDMAN & ROBBINS LLP |

By:   /s/
Jeffrey W. Lawrence
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534

Lead Counsel for Plaintiffs

ORDER

IT IS SO ORDERED, with the exception that the Status Conference is rescheduled for Friday, November 30, 2007, at 10:30 a.m.

DATED:  November 2, 2007

_____
The Honorable Maxine M. Chesney
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: RE-SCHEDULING STATUS CONFERENCE
MASTER FILE NO. C-03-0283-MMC                                                                                          3