UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION )<br><br>This Document Relates To:<br><br>ALL ACTIONS. ) | Master File No. C-03-0283-MMC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE |

WHEREAS, a consolidated class action is pending before the Court entitled *In re Veritas Software Corporation Securities Litigation*, Master File No. C-03-0283-MMC (the "Litigation");

WHEREAS, in *In re Veritas Software Corp. Sec. Litig.*, 496 F.3d 962, 972 (9th Cir. 2007), the Ninth Circuit remanded this case to issue a new notice that complies with the Private Securities Litigation Reform Act of 1995; and

WHEREAS, the parties having made application, pursuant to Federal Rule of Civil Procedure 23(e), for an order approving the form and manner of such notice;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court approves, as to form and content, the notice annexed as Exhibit 1 hereto, and finds that the mailing and distribution of the notice substantially in the manner and form set forth in ¶2 of this Order meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

2. Not later than December 12, 2007 (the "Notice Date"), Lead Counsel shall cause a copy of the notice, substantially in the form annexed hereto as Exhibit 1 to be mailed by first class mail to all Settlement Class Members who can be identified with reasonable effort.

3. A hearing will be held on February 22, 2008, at 9:00 a.m., at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California (the "Approval Hearing") to determine whether the settlement is fair, reasonable and adequate and whether the Plan of Allocation is fair and reasonable.

4. Any Member of the Settlement Class may enter an appearance at the Approval Hearing, at their own expense, individually or through counsel of their own choice. If they do not enter an appearance, they will be represented by Lead Counsel.

5. Any Member of the Settlement Class may appear and show cause, if he, she or it has any reason, why the proposed settlement of the Litigation should or should not be approved as fair, reasonable and adequate, why a judgment should or should not be entered thereon, or why the Plan of Allocation should or should not be approved; provided, however, that no Settlement Class Member or any other Person shall be heard or entitled to contest the approval of the terms and

1 conditions of the proposed settlement, or, if approved, the judgment to be entered thereon approving the same, or the order approving the Plan of Allocation, unless that Person has delivered by hand or sent by first class mail written objections and copies of any papers and briefs such that they are received on or before January 28, 2008, by: Coughlin Stoia Geller Rudman & Robbins LLP, Joy Ann Bull, 655 West Broadway, Suite 1900, San Diego, California 92101; and Wilson Sonsini Goodrich & Rosati, P.C., Peri B. Nielsen, 650 Page Mill Road, Palo Alto, California 94304, and filed said objections, papers and briefs with the Clerk of the United States District Court for the Northern District of California, on or before January 28, 2008. Any Member of the Settlement Class who does not make his, her or its objection in the manner provided shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness or adequacy of the proposed settlement or to the Plan of Allocation, unless otherwise ordered by the Court.

6.  At least seven (7) calendar days prior to the Approval Hearing, Lead Counsel shall cause to be served on Defendants' counsel and filed with the Court proof, by affidavit or declaration, of ~~such~~ the mailing ~~and publishing~~. referenced in paragraph 2, above.

7.  Any additional papers in support of the settlement and the Plan of Allocation shall be filed and served seven (7) calendar days before the Approval Hearing.

8.  The Court reserves the right to adjourn the date of the Approval Hearing without further notice to the Members of the Settlement Class, and retains jurisdiction to consider all further applications arising out of or connected with the proposed settlement. The Court may approve the settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the Settlement Class.

DATED: December 5, 2007

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE