| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-03-0283-MMC |
| This Document Relates To: | ) ) | CLASS ACTION |
| ALL ACTIONS. | ) ) ) | [PROPOSED] AMENDED ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

DATE: February 22, 2008
TIME: 9:00 a.m.
COURTROOM: The Honorable
Maxine M. Chesney

1    THIS MATTER having come before the Court on Lead Plaintiffs' application for approval of the Plan of Allocation of the net settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of January 26, 2005 and the Amendment to Stipulation of Settlement filed May 4, 2005 (collectively, the "Stipulation").

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all Persons and entities who are Settlement Class Members advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court has previously considered and overruled the objection to the Plan of Allocation submitted by Michael Malone. The Court finds the objection to be without merit and confirms and adopts its earlier decision contained in Docket No. 246 to overrule the objection of Michael Malone. Additionally, Mr. Malone has withdrawn his objections. The Court has reviewed and hereby overrules the objections submitted by Robert A. Minotti, Edward F. Lane and Edmund J. Kieras.

4. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the previously filed Memorandum of Points and Authorities in Support of Approval of Plan of Allocation of Settlement Proceeds (Docket No. 212), and in the Revised Notice of Pendency and Proposed Settlement of Class Action (the "Revised Notice") sent to Settlement Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity.

5. The Court hereby finds and concludes that the Plan of Allocation set forth in the Revised Notice is in all respects fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: February 22, 2008  _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
LUKE O. BROOKS


_____s/Jeffrey W. Lawrence_____
JEFFREY W. LAWRENCE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JOY ANN BULL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DeCARLO & CONNOR
JOHN T. DeCARLO
DANIEL M. SHANLEY
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
Telephone: 213/488-4100
213/488-4180 (fax)

SCHRECK BRIGNONE
ANDREW S. BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101
Telephone: 702/382-2101
702/382-8135 (fax)

SCHWARZWALD & McNAIR
EBEN O. McNAIR IV
616 Penton Media Building
1330 East Ninth Street
Cleveland, OH 44114-1503
Telephone: 216/566-1600
216/566-1814 (fax)

Counsel for Plaintiffs

S:\Settlement\Veritas.set\ORDER POA 00049331.doc