UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VERITAS SOFTWARE CORPORATION SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) | Master File No. C-03-0283-MMC<br><br>CLASS ACTION<br><br>[PROPOSED] AMENDED ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |
| This Document Relates To:<br><br>ALL ACTIONS. | |
| | DATE: February 22, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: The Honorable<br>Maxine M. Chesney |

|   | |
|---|---|
| 1 | THIS MATTER having come before the Court on February 22, 2008, on the application of |
| 2 | Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation; the Court, |
| 3 | having considered all papers filed and proceedings conducted herein, having found the settlement of |
| 4 | this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises |
| 5 | and good cause appearing therefore; |
| 6 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that: |
| 7 | 1.  All of the capitalized terms used herein shall have the same meanings as set forth in |
| 8 | the Stipulation of Settlement dated as of January 26, 2005, and the Amendment to Stipulation of |
| 9 | Settlement filed May 4, 2005 (collectively, the "Stipulation"). |
| 10 | 2.  This Court has jurisdiction over the subject matter of the application and all matters |
| 11 | relating thereto, including all Members of the Settlement Class who have not timely and validly |
| 12 | requested exclusion. |
| 13 | 3.  The Court has previously reviewed and considered the objections submitted by J. |
| 14 | Wray Pearce, the Public Employee Retirement System of Idaho, the Pennsylvania Public School |
| 15 | Employees' Retirement System, the Alameda County Employees' Retirement Association, and the |
| 16 | New York State Teachers' Retirement System.  The Court previously found the above objections to |
| 17 | be without merit and overruled each of the objections (Docket No. 246).  The Court confirms its |
| 18 | ruling as to each of these objections.  The Court has also reviewed and hereby overrules the |
| 19 | objections submitted by Edward F. Lane and Edmund J. Kieras. |
| 20 | 4.  The Court adopts its analysis set forth at pp. 18 to 21 of its November 15, 2005 Order |
| 21 | (Docket No. 246).  The Court confirms its award to Lead Counsel of attorneys' fees of $6,000,000 |

and expenses in an aggregate amount of $566,623.24 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid.

IT IS SO ORDERED.

DATED: _February 22, 2008_____    _____/s/ Maxine M. Chesney_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JEFFREY W. LAWRENCE
SHAWN A. WILLIAMS
SHIRLEY H. HUANG
LUKE O. BROOKS


_____s/ Jeffrey W. Lawrence_____
JEFFREY W. LAWRENCE
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
JOY ANN BULL
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DeCARLO & CONNOR
JOHN T. DeCARLO
DANIEL M. SHANLEY
533 South Fremont Avenue, 9th Floor
Los Angeles, CA 90071-1706
Telephone: 213/488-4100
213/488-4180 (fax)

SCHRECK BRIGNONE
ANDREW S. BRIGNONE
300 South Fourth Street, Suite 1200
Las Vegas, NV 89101
Telephone: 702/382-2101
702/382-8135 (fax)

SCHWARZWALD & McNAIR
EBEN O. McNAIR IV
616 Penton Media Building
1330 East Ninth Street
Cleveland, OH 44114-1503
Telephone: 216/566-1600
216/566-1814 (fax)

Counsel for Plaintiffs

S:\Settlement\Veritas.set\ORDER FEE 00049330.doc